IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON JOHNSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:16-cv-0819 |
| BRUCE WESTBROOKS, Warden, | ) Judge Aleta A. Trauger |
| Respondent. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, petitioner Jason Johnson's petition for the writ of habeas corpus (ECF No. 1), is **DENIED**, and this matter is **DISMISSED**.

As also discussed in the Memorandum Opinion, the court finds that the issues raised in the § 2254 petition do not "deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). The court therefore **DENIES** a certificate of appealability ("COA"). The petitioner may, however, seek a COA directly from the Sixth Circuit Court of Appeals. Fed. R. App. P. 22(b)(1).

It is so **ORDERED**.

This is a final order for purposes of Fed. R. Civ. P. 58.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE